UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| TENNESSEE STATE LODGE OF THE FRATERNAL ORDER OF POLICE, SEAN EMMER and ADAM COOLEY, | : : : : | |
| Plaintiffs, | : : | CASE NO. 1:13-cv-00371 |
| v. | : : | JUDGE MATTICE/CARTER |
| CHATTANOOGA POLICE DEPARTMENT, CITY OF CHATTANOOGA and BOBBY DODD. in his official capacity as Chief of Police for the Chattanooga Police Department, | : : : : | JURY DEMAND |
| Defendants. | : : | |

## NOTICE OF APPEARANCE

Please take notice that PHILLIP A. NOBLETT, BPR #10074, does hereby appear on behalf of the Defendants, Chattanooga Police Department, City of Chattanooga and Bobby Dodd, in his official capacity as Chief of Police for the Chattanooga Police Department, in the above-captioned action before the United States District Court, Eastern District of Tennessee, at Chattanooga.

The undersigned is an attorney at law, duly qualified to act as such under the laws of the State of Tennessee and was admitted to the United States District Court on October 9, 1982 and is authorized to appear as such in proceedings before the United States District Court, Eastern District of Tennessee at Chattanooga, under its rules of practice and procedure.

1

Respectfully submitted,

CITY OF CHATTANOOGA, TENNESSEE
OFFICE OF THE CITY ATTORNEY


By:    s/   Phillip A. Noblett
    PHILLIP A. NOBLETT - BPR #10074
    *Deputy City Attorney*
    KEITH J. REISMAN – BPR #26974
    *Assistant City Attorney*
    100 East 11th Street, Suite 200
    Chattanooga, TN 37402
    (423) 643-8250


## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Stevie N. Phillips, Esq.
Bryan H. Hoss, Esq.
DAVIS & HOSS, P.C.
508 E. 5th Street
Chattanooga, TN 37403

R. Jonathan Guthrie, Esq.
PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.
537 Market Street, Suite 202
Chattanooga, TN 37402

      This 25th day of November, 2013.


          s/   Phillip A. Noblett

2

Case 1:13-cv-00371-HSM-WBC   Document 12   Filed 11/25/13   Page 2 of 2   PageID #: 169