UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

TENNESSEE STATE LODGE OF THE
FRATERNAL ORDER OF POLICE,
SEAN EMMER, and ADAM COOLEY,

        Plaintiffs,                              Case No: 1:13-cv-00371

v.

CHATTANOOGA POLICE DEPARTMENT,       Judge: Mattice/Carter
CITY OF CHATTANOOGA, and BOBBY H. DODD,
in his official capacity as Chief of Police for the
Chattanooga Police Department,

        Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs file this stipulation of dismissal with prejudice, signed by all parties that have appeared, dismissing this action with prejudice against the defendants, the City of Chattanooga, the Chattanooga Police Department, and Bobby H. Dodd, in his official capacity as Chief of Police.

The parties stipulate that all parties will be responsible for their respective discretionary costs and attorney fees incurred in this action. Any court costs will be assessed against the Defendant City of Chattanooga.

Dated this 31st day of January, 2014.

**CITY OF CHATTANOOGA, TENNESSEE**
**OFFICE OF THE CITY ATTORNEY**


By: __s/ Phillip A. Noblett_____
    PHILLIP A. NOBLETT - BPR #10074
    Deputy City Attorney
    KEITH J. REISMAN - BPR # 26974
    Assistant City Attorney
    *Attorneys for the City of Chattanooga,*
    *Former Chief of Police Bobby H. Dodd, and*
    *the Chattanooga Police Department*
    100 East 11th Street, Suite 200
    Chattanooga, Tennessee 37402
    Phone: (423) 643-8250


**DAVIS & HOSS, P.C.**


By: __s/ Stevie Phillips_____
    BRYAN HOSS - BPR #21529
    STEVIE N. PHILLIPS - BPR # 27467
    *Attorneys for Sean Emmer and the Fraternal*
    *Order of Police*
    508 East 5th Street
    Chattanooga, Tennessee 37403
    Phone: (423) 266-0605


**PATRICK, BEARD, SCHULMAN & JACOWAY, P.C.**


By: __s/ R. Jonathan Guthrie_____
    R. JONATHAN GUTHRIE- BPR #20762
    *Attorney for Adam Cooley*
    537 Market Street, Suite 202
    Chattanooga, Tennessee 37402
    Phone: (423) 756-7117

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

This 31st day of January, 2014.

s/ Stevie Phillips